# Order

Michigan Supreme Court
Lansing, Michigan

September 11, 2009

139300-2(53)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

_____

In re ARMON MARCUS TAVORN, Minor.
_____

DEPARTMENT OF HUMAN SERVICES,
　　　　　Petitioner-Appellee,

v

ANNA MOZELLA TAVORN,
　　　　　Respondent-Appellant,

and

RAFAEL CHAPMAN and BENNIE MITCHELL,
　　　　　Respondents.
_____

SC: 139300
COA: 287495
Macomb CC Family Division:
2006-000358-NA

In re JANET ARIELA TAVORN, Minor.
_____

DEPARTMENT OF HUMAN SERVICES,
　　　　　Petitioner-Appellee,

v

ANNA MOZELLA TAVORN,
　　　　　Respondent-Appellant,

and

RAFAEL CHAPMAN and BENNIE MITCHELL,
　　　　　Respondents.
_____

SC: 139301
COA: 287497
Macomb CC Family Division:
2006-000359-NA

In re JORDAN RITCHIE TAVORN, Minor.

_____

DEPARTMENT OF HUMAN SERVICES,
         Petitioner-Appellee,

v

ANNA MOZELLA TAVORN,
         Respondent-Appellant,

and

RAFAEL CHAPMAN and BENNIE MITCHELL,
         Respondents.
_____/

SC: 139302
COA: 287498
Macomb CC Family Division:
2008-000023-NA

On order of the Court, the motion for reconsideration of this Court's August 6, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk

d0908